429 A.2d 737

Clifford Irons v. Septa

and

Lesley Stewart, Appellants.

Reargument Denied Feb. 10, 1981.

Petition for Allowance of Appeal Denied May 11, 1981.

Argued September 8, 1980. Norman Hegge Jr., for appellants; Sidney I. Leabman, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order of the lower court affirmed.

November 14, 1980.

429 A.2d 737

Bender, etc. v. Lumberman's Mutual Casualty Company.

Appeal of Lumberman's Mutual Casualty Company.

Appeal of Howes Leather Company, Inc.

Argued November 12, 1979. Charles Kirshner, for appellants; Laurance B. Seaman, for Bender, appellee, and Joseph J. Lee, for Howes Company, appellee (at No. 1604 and appellant at No. 31).

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Order affirmed.